FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ANDREWS AND SONYA ANDREWS,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANDREW MARLAN,<br><br>    Defendant. | No. 4:23-CV-05057-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulation for Dismissal With Prejudice, ECF No. 23. Plaintiffs are represented by Andrew Wagley and Robert Greer. Defendant is represented by Sean Lanz. The motion was considered without oral argument.

    Due to a settlement agreement, the parties have requested the Court dismiss this case with prejudice and without an award of attorney's fees or costs. Pursuant to Fed. R. Civ. P. 41(a)(ii), the Court grants the motion.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.    The parties' Stipulation for Dismissal With Prejudice, ECF No. 23, is **GRANTED**.

//

//

//

**ORDER OF DISMISSAL** ~ 1

2.	This matter is **DISMISSED with prejudice** and without attorney's fees or costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **keep the file closed**.

**DATED** this 30th day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL ~ 2**